IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUSTIN AHN, KEVIN BERSCH, LEIGHTON BLACKWOOD and KRISTIN WALKER, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HERFF JONES, LLC,<br><br>Defendant. | Case No.: 1:21-cv-1381-TWP-DLP<br><br>Judge: Hon. Tonya W. Pratt<br>Magistrate: Doris L. Pryor<br><br><br><br><br>**JURY TRIAL DEMANDED** |

## JURISDICTIONAL STATEMENT

Pursuant to This Court's Order of June 29, 2021 (ECF No. 16), Plaintiffs submit this Jurisdictional Statement on the membership of Defendant Herff Jones, LLC in order for this Court to determine the citizenship of Defendant.

Defendant is an Indiana limited liability company ("LLC"), which it has been since December 4, 2014. Its principal place of business is 4501 W. 62nd St., Indianapolis, Indiana, 46268. As of December 12, 2019, Defendant has one member of its LLC, which Plaintiff is informed, and so believes, is Varsity Brands Holding Co, Inc. Varsity Brands Holding Co, Inc. is an Indiana corporation with its principal place of business at 14460 Varsity Brands Way, Farmers Branch, Texas, 75244.

Date: July 2, 2021

Respectfully Submitted,

By:   */s/ Carl V. Malmstrom*
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLC**
Carl V. Malmstrom
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Telephone: (312) 984-0000
Facsimile: (212) 545-4653
malmstrom@whafh.com

2

**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
M. Anderson Berry
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com

**MASON LIETZ & KLINGER LLP**
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (202) 429-2290
Fax: (202) 429-2294
gklinger@masonllp.com