# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGELA GARRETT and CRYSTA GARNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HERFF JONES, LLC,<br><br>Defendant. | Case No. 1:21-cv-01329-TWP-DLP |
| CONNIE QUINTANA, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HERFF JONES, LLC,<br><br>Defendant. | Case No. 1:21-cv-01350-TWP-DLP |
| JUSTIN AHN, KEVIN BERSCH, LEIGHTON BLACKWOOD and KRISTIN WALKER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HERFF JONES, LLC,<br><br>Defendant. | Case No. 1:21-cv-01381-TWP-DLP |

| | |
|---|---|
| ELIZABETH FURCINITO and MARIAM BARNICLE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HERFF JONES, LLC,<br><br>Defendant | 1:21-cv-01661-TWP-DLP |

## NOTICE OF NON-OPPOSITION TO MOTION TO CONSOLIDATE AND RESPONSE TO MOTION TO SET SCHEDULING DEADLINES

Defendant Herff Jones, LLC ("Herff Jones") hereby provides this Notice and Response that it does not oppose consolidation of the four related cases as above captioned as requested in the Plaintiffs' Motion to Consolidate Actions and Set Scheduling Deadlines ("Motion"). See ECF Nos. 17 and 18 in *Garrett v. Herff Jones, LLC*, No. 1:21-cv-1329-TWP- DLP.

As requested by Plaintiffs' Motion, Herff Jones also requests that the Court set a deadline for Plaintiffs in these four related matters to file a consolidated Amended Complaint which shall be the operative pleading for these related cases. Herff Jones further requests that as part of any consolidation order entered by the Court that the Court also order that Defendant need only answer or otherwise respond to the consolidated Amended Complaint and need not answer or otherwise respond to any individual complaint or amended complaint now pending in these individual cases.

Dated:  July 6, 2021              */s/ Todd G. Vare*
                                  Todd G. Vare
                                  BARNES & THORNBURG LLP
                                  11 South Meridian Street
                                  Indianapolis, IN  46204
                                  Telephone: (317) 231-7735
                                  Facsimile:  (317) 231-7433
                                  todd.vare@btlaw.com

                                  *Attorney for Defendant Herff Jones, LLC*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

|  |  |
|---|---|
|  | **Counsel for Plaintiffs Angela Garrett and Crysta Garner**<br><br>**DELANEY & DELANEY LLC**<br>Kathleen A DeLaney<br>3646 Washington Blvd.<br>Indianapolis, IN 46205<br>kathleen@delaneylaw.net<br><br>**CHESTNUT CAMBRONNE PA**<br>Bryan L. Bleichner (*Admitted Pro Hac Vice*)<br>100 Washington Avenue South, Suite 1700<br>Minneapolis, MN 55401<br>bbleichner@chestnutcambronne.com<br><br>**GOLDENBERG SCHNEIDER, LPA**<br>Jeffrey S. Goldenberg (*Admitted Pro Hac Vice*)<br>4445 Lake Forest Drive, Suite 490<br>Cincinnati, OH 45242<br>jgoldenberg@gs-legal. com<br><br>**MARKOVITS, STOCK & DEMARCO, LLC**<br>Terence R. Coates (*Admitted Pro Hac Vice*)<br>3825 Edwards Road, Suite 650<br>Cincinnati, OH 45209<br>tcoates.@msdlegal.com |
| **Counsel for Plaintiffs Justin Ahn, Kevin Bersch, Leighton Blackwood, and Kristin Walker**<br><br>Carl V. Malmstrom<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**<br>111 W. Jackson Blvd., Suite 1700 | **Counsel for Plaintiff Connie Quintana**<br><br>Gary M. Klinger<br>**MASON LIETZ & KLINGER LLP**<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@masonllp.com |

3

| | |
|---|---|
| Chicago, IL 60604<br>malmstrom@whafh.com<br><br>M. Anderson Berry (*pro hac vice* forthcoming)<br>**CLAYEO C. ARNOLD,**<br>**A PROFESSIONAL LAW CORP.**<br>865 Howe Avenue<br>Sacramento, CA 95825<br>aberry@justice4you.com | Gary E. Mason (*pro hac vice* forthcoming)<br>David Lietz (*pro hac vice* forthcoming)<br>**MASON LIETZ & KLINGER LLP**<br>5101 Wisconsin Avenue NW, Suite 305<br>Washington, DC 20016<br>gmason@masonllp.com<br>dlietz@masonllp.com<br><br>Aaron Siri (*pro hac vice* forthcoming)<br>Mason A Barney (*pro hac vice* forthcoming)<br>**SIRI & GLIMSTAD LLP**<br>200 Park A venue, Seventeenth Floor<br>New York, New York 10166<br>aaron@sirillp.com<br>mbarney@sirillp.com |
| **Counsel for Plaintiffs, Elizabeth Furcinito and Miriam Barnicle**<br><br>Irwin B. Levin<br>Richard E. Shevitz<br>**COHEN & MALAD LLP**<br>One Indiana Square<br>Suite 1400<br>Indianapolis, IN 46204<br>ilevin@cohenandmalad.com<br>rshevitz@cohenandmalad.com<br><br>Robert Ahdoot (*pro hac vice* forthcoming)<br>**AHDOOT & WOLFSON, PC**<br>2600 W. Olive Ave., Suite 500<br>Burbank, CA 91505<br>rahdoot@ahdootwolfson.com<br><br>Andrew W. Ferich (*pro hac vice* forthcoming)<br>**AHDOOT & WOLFSON, PC**<br>201 King of Prussia Road, Suite 650<br>Radnor, PA 19087<br>aferich@ahdootwolfson.com | |

                */s/ Todd G. Vare*