UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| HERFF JONES DATA BREACH LITIGATION ) | No. 1:21-cv-01329-TWP-DLP |
| ) | |

_____

**CONSOLIDATION ORDER**

In conjunction with the Order entered July 15, 2021 (Filing No. 27), the Court now orders case 1:21-cv-01329-TWP-DLP, case 1:21-cv-1350-TWP-DLP, case 1:21-cv-1381-TWP-DLP and case 1:21-cv-1661-TWP-DLP consolidated for all purposes including trial.

The **clerk is hereby ordered** to consolidate 1:21-cv-1350-TWP-DLP, 1:21-cv-1381-TWP-DLP, and 1:21-cv-1661-TWP-DLP with and under 1:21-cv-01329-TWP-DLP.

The **clerk shall also close** 1:21-cv-1350-TWP-DLP, 1:21-cv-1381-TWP-DLP, and 1:21-cv-1661-TWP-DLP. All pending motions in these cases are **terminated** once the cases are closed. All future filings shall be made in **1:21-cv-01329-TWP-DLP only**.

Any pending motions in 1:21-cv-1350-TWP-DLP, 1:21-cv-1381-TWP-DLP, and 1:21-cv-1661-TWP-DLP which need a ruling must be refiled by counsel in 1:21-cv-01329-TWP-DLP.

SO ORDERED.

Date:   7/23/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

1

**DISTRIBUTION**:

Robert Ahdoot
AHDOOT & WOLFSON, PC
rahdoot@ahdootwolfson.com

M. Anderson Berry
ARNOLD LAW FIRM
aberry@justice4you.com

Bryan L. Bleichner
CHESTNUT CAMBRONNE PA
bbleichner@chestnutcambronne.com

Terence R. Coats
MARKOVITS, STOCK & DEMARCO, LLC
3825 Edwards Road, Suite 650
Cincinnati, OH 45209

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Andrew W. Ferich
AHDOOT & WOLFSON, PC
aferich@ahdootwolfson.com

Jeffrey S. Goldenberg
GOLDENBERG SCHNEIDER LPA
jgoldenberg@gs-legal.com

Gary M. Klinger
MASON LIETZ & KLINGER LLP
gklinger@masonllp.com

Irwin B. Levin
COHEN & MALAD LLP
ilevin@cohenandmalad.com

Natalie Ann Lyons
COHEN & MALAD LLP
nlyons@cohenandmalad.com

Carl Vincent Malmstrom
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
malmstrom@whafh.com

Richard E. Shevitz
COHEN & MALAD LLP
rshevitz@cohenandmalad.com

Todd G. Vare
BARNES & THORNBURG, LLP (Indianapolis)
todd.vare@btlaw.com